UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EDGARDO ALEXIS GOMEZ LOPEZ                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:25-CV-132-DCB-RPM

RAFAEL VERGARA                                               RESPONDENT

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.  Petitioner Edgardo Alexis Gomez Lopez filed a [1] Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  However, according to the United States Immigration and Customs Enforcement's ("ICE") Online Detainee Locator System, it appears Petitioner is no longer at the Adams County Correctional Center or in ICE custody.[1]  Therefore, the Court directs the parties to respond to this Order addressing this matter.

IT IS THEREFORE ORDERED that, **on or before April 1, 2026**, the parties shall file a response to this Order addressing the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot.  In the alternative, the parties may file a Rule 41 dismissal if appropriate.

SO ORDERED, this the 18th day of March 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth."